**No. 46984.**—Protest 967792–G of American Import Co. (Los Angeles).

Opinion by TILSON, J. The testimony of the only witness in this case was held not sufficient to overcome the presumption of correctness attaching to the collector's action. In accordance therewith the protest was overruled.